

**IT IS ORDERED as set forth below:**

**Date: May 9, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

T.A.M.G. Realty Inc.,

Debtor.

CASE NO. 23-53162-BEM

CHAPTER 11

## ORDER

This matter came before the Court on May 9, 2023, for hearing on _United States Trustee's Emergency Motion to Dismiss or Convert Case and Request for Hearing on an Expedited Basis Due to Lack of Proof of Insurance_ (the "Hearing" and the "Trustee's Motion to Dismiss," respectively). [Doc. 10]. Serge Jerome, Jr. appeared on behalf of the Debtor, Lindsay Kolba appeared on behalf of the United States Trustee, Leon Jones appeared as the Subchapter V Trustee, Justan Bounds appeared on behalf of Stronghill Capital, LLC, Tiffany Gray appeared as principal of the Debtor, and Talia Wagner appeared on behalf of Riverbend Funding, LLC. This Court entered an Order on Trustee's Motion to Dismiss on April 26, 2023, with explicit directions for the Debtor to complete. [Doc. 28]. At the Hearing

the United States Trustee sought to have the case converted to chapter 7 due to Debtor's failure to

comply with the Court's previous Order and for several other deficiencies. However, for the

reasons announced on the record, it is

ORDERED that the case is DISMISSED.

**END OF ORDER**

**Distribution List**

T.A.M.G. Realty Inc
1290 W Spring Street
Smyrna, GA 30080

Serge Jerome, Jr.
The Jerome Law Firm PA
1100 Peachtree Street, NE
Suite 200
Atlanta, GA 30309

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Talia B. Wagner
Morris, Manning & Martin, LLP
Suite 1600
3343 Peachtree Rd, NE
Atlanta, GA 30326

Justan C. Bounds
Carlton Fields Jorden Burt, P.A.
1201 W Peachtree Street
Suite 3000
Atlanta, GA 30309

ALL PARTIES AND CREDITORS.

3